In the Matter of Joseph MANISOF, Bankrupt, Appellant and New York Life Insurance Company, Appellee.

No. 144.

Circuit Court of Appeals, Second Circuit.
March 20, 1939.

Henry M. R. Goodman, of New York City (Charles S. Port and Edward Brucker, both of New York City, of counsel), for appellant.

Harry H. Bottome, of New York City (Mendes Hershman, of New York City, of counsel), for appellee.

Before SWAN and AUGUSTUS N. HAND, Circuit Judges, and PATTERSON, District Judge.

PER CURIAM.

Order affirmed on the authority of Karger v. Sandler, 2 Cir., 62 F.2d 80.

MARYLAND CASUALTY CO., Appellant, v. JOHN ALT FURNITURE CO.

No. 11217.

Circuit Court of Appeals, Eighth Circuit.
Aug. 11, 1938.

John S. Marsalek, of St. Louis, Mo., for appellant.

Louis J. Portner, Ben Philipson, Merritt U. Hayden, and William R. Gilbert, all of St. Louis, Mo., for appellee.

PER CURIAM.

Reversed at costs of appellant and remanded with directions to enter new judgment in the sum of $9,000 in favor of appellee and against appellant, per stipulation of parties.